1 | BENJAMIN B. WAGNER
United States Attorney
2 | HEATHER MARDEL JONES
Assistant United States Attorney
3 | United States Courthouse
2500 Tulare Street, Suite 4401
4 | Fresno, California 93721
(559) 497-4000  Telephone
5 | (559) 497-4099  Facsimile

6 | Attorneys for the United States

7

8 | IN THE UNITED STATES DISTRICT COURT

9 | EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,            ) 1:12-CV-00426-LJO-MJS
                                        )
12 |                Plaintiff,           ) **APPLICATION AND ORDER**
                                        ) **FOR PUBLICATION**
13 |        v.                           )
                                        )
14 | APPROXIMATELY $94,500.00 IN U.S.    )
     CURRENCY,                          )
15 |                                     )
     APPROXIMATELY $1,800 IN U.S.       )
16 | CURRENCY, and                       )
                                        )
17 | 2011 TOYOTA TUNDRA CREWMAX,         )
     VIN: 5TFHY5F17BX196697,            )
18 | LICENSE: 554FDT,                    )
                                        )
19 |                Defendants.          )

20 |        The United States of America, Plaintiff herein, applies for an order of publication as

21 | follows:

22 |        1.      Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and

23 | Asset Forfeiture Actions (hereafter "Supplemental Rules") provides that the Plaintiff shall

24 | cause public notice of the action to be given in a newspaper of general circulation or on the

25 | official internet government forfeiture site;

26 |        2.      Local Rule 171, Eastern District of California, provides that the Court shall

27 | designate by order the appropriate newspaper or other vehicle for publication;

28 |        **3.**      The defendants approximately $94,500.00 in U.S. Currency, approximately

Application and Order for Publication

1

1   $1,800.00 in U.S. Currency, and 2011 Toyota Tundra Crewmax, VIN:

2   5TFHY5F17BX196697, License: 554FDT were seized in the city of Madera, Madera County,

3   California.

4         4.      Plaintiff proposes that publication be made as follows:

5               a.  One publication;

6               b.  Thirty (3) consecutive days;

7               c.  On the official internet government forfeiture site www.forfeiture.gov;

8               d.  The publication is to include the following:

9                   (1) The court and case number of the action;

10                  (2) The date of the seizure/posting;

11                  (3) The identity and/or description of the property seized/posted;

12                  (4) The name and address of the attorney for the Plaintiff;

13                  (5) A statement that claims of persons entitled to possession or claiming an

14                      interest pursuant to Supplemental Rule G(5) must be filed with the

15                      Court and served on the attorney for the Plaintiff no later than 60 days

16                      after the first day of publication on the official internet government

17                      forfeiture site; and

18                  (6) A statement that answers to the Complaint or a motion under Rule 12 of

19                      the Federal Rules of Civil Procedure ("Fed. R. Civ. P.") must be filed and

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

Application and Order for Publication

1    served within 21 days after the filing of the claims and, in the absence

2    thereof, default may be entered and condemnation ordered.

3    Dated:  March 22, 2012                    BENJAMIN B. WAGNER
                                               United States Attorney
4

5

6                                              /s/ Heather Mardel Jones
                                               HEATHER MARDEL JONES
                                               Assistant United States Attorney
7

8                                    **ORDER**

9

10

11   IT IS SO ORDERED.

12

13       Dated:   __March 29, 2012__         __/s/ *Michael J. Seng*__
                                             UNITED STATES MAGISTRATE JUDGE
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Application and Order for Publication