BENJAMIN B. WAGNER
United States Attorney
HEATHER MARDEL JONES
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
(559) 497-4000  Telephone
(559) 497-4099  Facsimile

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:12-CV-00426-MJS |
| Plaintiff, | **FINAL JUDGMENT OF FORFEITURE** |
| v. | |
| APPROXIMATELY $94,500.00 IN U.S. CURRENCY, | |
| APPROXIMATELY $1,800.00 IN U.S. CURRENCY, and | |
| 2011 TOYOTA TUNDRA CREWMAX, VIN: 5TFHY5F17BX196697, LICENSE: 554FDT, | |
| Defendants. | |

Pursuant to the Stipulation for Final Judgment of Forfeiture, the Court finds:

1. This is a civil action against the defendant approximately $94,500.00 in U.S. Currency and defendant $1,800.00 in U.S. Currency (hereafter collectively "defendant currency"), and the defendant 2011 Toyota Tundra Crewmax, VIN: 5TFHY5F17BX196697, License: 554FDT ("defendant vehicle"), seized on or about October 4, 2011.

2. A Verified Complaint for Forfeiture *In Rem* ("Complaint") was filed on March 22, 2012, alleging that said defendant currency and defendant vehicle are subject to forfeiture to the United States of America pursuant to 21 U.S.C. §§ 881(a)(4) and 881(a)(6).

3. On March 29, 2012, the Clerk issued a Warrant for Arrest for the defendant

currency and defendant vehicle.  The warrant for the defendant currency was duly executed on April 3, 2012 and on the defendant vehicle on April 19, 2012.

4. Beginning on March 31, 2012, for at least 30 consecutive days, the United States published notice of this action on the official government forfeiture site www.forfeiture.gov.  A Declaration of Publication was filed with the Court on April 30, 2012.

5. In addition to the public notice on the official internet government forfeiture site www.forfeiture.gov, direct notice or attempted direct notice was given to the following individuals:

    a.    Brendan Grammer

    b.    Shellie Grammer

    c.    Joel Rowntree

    d.    Brian C. Andritch, attorney

6. On May 3, 2012, Brendan Grammar filed a Verified Statement of Interest and on May 24, 2012, he filed an Answer to the United States' Complaint for Forfeiture In Rem.

7. The Clerk of the court entered a Clerk's Certificate of Entry of Default against Shellie Grammer and Joel Rowntree on May 9, 2012.  Pursuant to Local Rule 540, the United States and Claimant Brendan Grammar thus join in a request that as part of this Final Judgment of Forfeiture in this case the Court enter a default judgment against the interest, if any, of Shellie Grammar and Joel Rowntree.

8. On or about August 9, 2012, the parties consented to magistrate judge jurisdiction.

9. To date, no other parties have filed claims or answers in this matter, and the time in which any person or entity may file a claim and answer has expired.

Based on the above findings, and the files and records of the Court, it is hereby ORDERED AND ADJUDGED:

1. The Court adopts the Stipulation for Final Judgment of Forfeiture entered into by and between the parties to this action.

2. That judgment is hereby entered against Brendan Grammer, Shellie Grammer, Joel Rowntree, and all other potential claimants.

3. Upon entry of a Final Judgment of Forfeiture herein, $81,500.00 of the defendant approximately $94,500.00 in U.S. Currency, the defendant approximately $1,800.00 in U.S. Currency, and the 2011 Toyota Tundra Crewmax, VIN: 5TFHY5F17BX196697, License: 554FDT, together with any interest that has accrued on the entire amount of the defendant approximately $94,500.00 in U.S. Currency and defendant approximately $1,800.00 in U.S. Currency, shall be forfeited to the United States pursuant to 21 U.S.C. §§ 881(a)(4) and (a)(6), to be disposed of according to law.

4. Upon full execution of the Final Judgment of Forfeiture herein, and no later than 45 days thereafter, $13,000.00 of the defendant approximately $94,500.00 in U.S. Currency, shall be returned to Claimant Brendan Grammer through his attorney Brian C. Andritch, Law Office of Brian C. Andritch, 2140 Merced St., Suite 101, Fresno, CA 93721 (559) 355-4709.

5. That the United States of America and its servants, agents, and employees and all other public entities, their servants, agents, and employees, are released from any and all liability arising out of or in any way connected with the seizure, arrest, or forfeiture of the defendant currency and defendant vehicle.  This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of said seizure, arrest, or forfeiture, as well as to those now known or disclosed.  The parties to this agreement agree to waive the provisions of California Civil Code § 1542.

6. That pursuant to the stipulation of the parties, and the allegations set forth in the Complaint filed on March 22, 2012, the Court finds that there was probable cause for arrest and seizure of the defendant currency and defendant vehicle, and for the commencement and prosecution of this forfeiture action, and a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465 shall be entered accordingly.

7. All parties are to bear their own costs and attorney's fees.

///

8. The U.S. District Court for the Eastern District of California shall retain jurisdiction to enforce the terms of this Final Judgment of Forfeiture.

9. <u>CERTIFICATE OF REASONABLE CAUSE</u>

Based upon the allegations set forth in the Complaint filed March 22, 2012, and the Stipulation for Final Judgment of Forfeiture filed herein, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for the seizure or arrest of the defendant currency and defendant vehicle, and for the commencement and prosecution of this forfeiture action.

IT IS SO ORDERED.

Dated:   September 30, 2013          /s/ *Michael J. Seng*
                                      UNITED STATES MAGISTRATE JUDGE